FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 12 2006 ★
BROOKLYN OFFICE

# WEISS & WEISS LLC
## ATTORNEYS AT LAW

A CONNECTICUT PROFESSIONAL
LIMITED LIABILITY COMPANY

PAMELA H.L. WEISS*
SCOTT A. WEISS*
*LICENSED: CT, NY, IL

REPLY TO: 2000 POST ROAD, SUITE LL106
FAIRFIELD, CT 06824
TELEPHONE: (203) 254-2707
FACSIMILE: (203) 254-2725

NY: 50 MAIN STREET, SUITE 1000
WHITE PLAINS, NY 10606
(PMB#1059)

E-MAIL: SCOTTWEISSNWEISS@EARTHLINK.NET

May 2, 2006

*Via ECF/CM and First Class Mail:*

Hon. John Gleeson, U.S.D.J.
United States District Court
For the Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

[Handwritten annotation:] I see no need for a status conference. When I receive the joint application for disbursement of the held funds, I'll determine if further proceedings are necessary.

So ordered.
s/John Gleeson
USDJ 5-8-06

RECEIVED
MAY - 5 2006
CHAMBERS OF [illegible]

Re: **Rene Garcia and Carmen Vasquez Alvarez v. Stanley A. Teitler**
**Civil Action No. 04-CV-832 (JG)(E.D.N.Y.)**

Dear Judge Gleeson:

Please be advised that we represent Rene Garcia and Carmen Vazquez Alvarez, plaintiffs in the above referenced matter. We were retained to collect the retainer funds from Defendant Stanley Teitler. On or about April 20, 2006, we were notified that the United States Court of Appeals for the Second Circuit affirmed the Judgment entered July 26, 2004 and remanded this matter to the District Court. Currently, the Clerk of the Court is holding approximately $44,049.10 pursuant to that Judgment Order. The Judgment Order also provides that the "Clerk…will remit those monies to each plaintiff's attorney…." That meant and it was intended that those funds were to be remitted to the undersigned for disbursement, as the undersigned was retained specifically to collect those funds.

On May 2, 2006, the Court entered an Order at Mr. Paul Brenner's request. Mr. Brenner was apparently one of the Plaintiff's former defense counsel in the underlying criminal matter. The Court required that the parties meet and confer and provide a Proposed Order. My co-counsel David Wikstrom is unavailable as he out of the country on business and is not expected to return until on or after May 8, 2006. Although I did not receive a copy of Mr. Brenner's letter, I have spoken to Mr. Brenner and advised him of Mr. Wikstrom's unavailability. This letter is being

*Hon. John Gleeson, U.S.D.J.*
*Garcia v. Teitler, 04-CV-0832 (JG)*
*May 2, 2006*
*Page 2 of 2*

respectfully submitted to advise the Court of Mr. Wikstrom's unavailability. As Mr. Wikstrom maintains contact with our clients, we will be unable to provide the Proposed Order until his return. I suggest that the Court set a status date at least a week after Mr. Wikstrom is expected to return to report on the status of this matter or hopefully, provide a Proposed Order.

Thank you for your consideration in this matter.

Respectfully submitted,

Very truly yours,

WEISS & WEISS LLC

By:  Scott A. Weiss
     *Document1*

Cc:  David Wikstrom, Esq. (Via E-mail)
     Paul Brenner, Esq. (Via E-mail (ECF/CM)/Facsimile: (212) 966-0588)
     Stanley A. Teitler, Esq. c/o of Jane Teitler (Via First Class Mail)