# WEISS & WEISS LLC
### ATTORNEYS AT LAW

PAMELA H.L. WEISS*
SCOTT A. WEISS*
*LICENSED: CT, NY, IL

A CONNECTICUT PROFESSIONAL
LIMITED LIABILITY COMPANY

REPLY TO: 2000 POST ROAD, SUITE LL106
FAIRFIELD, CT 06824
TELEPHONE: (203) 254-2707
FACSIMILE: (203) 254-2725

NY: 50 MAIN STREET, SUITE 1000
WHITE PLAINS, NY 10606
(PMB#1059)

SCOTTWEISSNWEISS@EARTHLINK.NET

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 1 2006 ★
BROOKLYN OFFICE

May 17, 2006

*Via ECF/CM and First Class Mail:*

Hon. John Gleeson, U.S.D.J.
United States District Court
For the Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Rene Garcia et al against Stanley Teitler, Esq.*
      *Civil Action No.: 04-CV-0832 (JG)(E.D.N.Y.)*

Dear Judge Gleeson:

Please be advised that we represent Rene Garcia and Carmen Vazquez Alvarez, plaintiffs in the above referenced matter.

Pursuant to a Judgment entered on July 26, 2004, the Clerk holds approximately $44,082.45. In accordance with the terms of that Judgment, those funds are to be disbursed to Plaintiffs' attorney. Therefore, please allow this letter to serve as a letter of direction to disburse these funds to "Weiss & Weiss LLC as attorneys for Rene Garcia and Carmen Vazquez Alvarez, plaintiffs." We also enclose Mr. Garcia's Power of Attorney, appointing Ms. Alvarez as his attorney in fact for all purposes and an affidavit in support thereof. Please so order and direct the Clerk of the Court to disburse these funds in accordance with this letter.

Granted.
The Clerk is hereby ordered to disburse the funds in accordance with this letter. So ordered.

s/John Gleeson

5-26-06

Hon. John Gleeson, U.S.D.J.
Garcia v. Teitler
04 CV 0832 (JG)(E.D.N.Y.)
May 17, 2006
Page 2 of 2

Thank you for your consideration in this matter.

Respectfully submitted,

WEISS & WEISS LLC

*[signature]*

By:   Scott A. Weiss
      (SW 0431)

Encls.

---

**CLIENTS' APPROVAL AND AUTHORIZATION OF DISTRIBUTION OF JUDGMENT PROCEEDS:**

I authorize and approve the above distribution of the Judgment Proceeds:

By: *[signature]*
Carmen Magali Vazquez Alvarez, As Attorney-in-Fact for Rene Garcia

Dated: 5/18/06

I authorize and approve the above distribution of the Judgment Proceeds:

By: *[signature]*
Carmen Magali Vazquez Alvarez, Individually

Dated: 5/18/06

Cc: David Wikstrom, Esq. (Via E-mail); Paul Brenner, Esq. (Via E-mail/Facsimile/First Class Mail); Allison Teitler, Esq. (Via First Class Mail) (w/encls./)

WEISS & WEISS LLC, ATTORNEYS AT